# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

RECEIVED BY MAIL

MAY 11 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Charles y. Powell

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

vs.

Daniel Marland Cassy,

Jeffery Thomas Austrng,

D.O.C

(everyone in their individual capacity(s)

Defendant(s).

Case No. __20-cv-1142 PJS/HB__
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

YES ✓     NO ___

(Enter the full name(s) of ALL defendants in
this action. Please attach additional sheets
if necessary).

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
## 42 U.S.C. § 1983

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

SCANNED
MAY 11 2020
U.S. DISTRICT COURT MPLS


in this action or otherwise relating to your imprisonment in the last three years?

☑ Yes

☐ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

  1. Parties to the previous lawsuit:

      Plaintiffs:

      Charles Y. Powell

      Defendants:

      State of MN et al., Washington County, et al.

  2. Court (If federal court, name the district. If state court, name the state and county.):

      U.S District Court, 12W U.S Courthouse 300
      300 South Fourth Street, MPLS, MN 55415

  3. Case Number:

      0:18-cv-03415-JNE-HB

  4. Name of judge assigned to the case:

      Joan N. Ericksen. (Magistrate Judge Hildy Bowbeer)

  5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):

      42: 1983 Prisoner Civil Rights. D.O.C Official Brutally
      assaulted while I was in handcuffs, shackles and I was
      was also strapped inside of a Restraint Chair.

  6. Disposition or final determination of the case (for example, dismissed or appealed).

      I voluntarily dismissed my civil suit.

  7. Approximate date of filing the lawsuit:

      Around December of 2018 (12-14-18)

  8. Approximate date of disposition or final determination of the lawsuit:

      Around Late March or early April of 2019

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

4

**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**

**Check here if additional sheets of paper are attached.** ☐

II. PRESENT PLACE OF CONFINEMENT

MCF-Oak Park Heights.

A. Is there a prisoner grievance procedure in the institution?

     ☑ Yes

     ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

     ☑ Yes

     ☐ No

C. If you answered "yes" to question II.B.:
1. What steps did you take:

    I went up the chain of command expressing & explaining what happend to me.

2. What was the result?

    The (two) Gaurds (correctional officers) got fired and charged with assault in the court of law.

    ***Attach a copy of the decision or disposition received from the prisoner grievance procedure.**** I already sent the clerks office the Original's grievance's so they are no longer in my possession. (when I filed the first time)

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.    Name of Plaintiff: Charles Lavonte Powell

    Prisoner Number 248952

    Address 5329 Osgood Ave. N. (MCF-OPH)
    Stillwater, MN 55082

5

Additional Plaintiffs: NONE

Provide each defendant's full name, official position, and place of employment. Attach
additional sheets of paper, if necessary.

B.    Name: Daniel Marland Casey

Official Position: Correctional Officer

Employer's Address: 5329 Osgood Ave N. (MCF-OPH)
Stillwater, MN 55082

(he got fired after he assaulted me so I no longer know where he works)
Additional Defendants: Jeffery Thomas Austbeing
Official Position: Correctional Officer
Employers address: 5329 Osgood Ave N. (MCF-OPH)
Stillwater, MN 55082

(he also got fired for assaulting me so I dont know where he works or lives.
**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE
PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.**


IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each
individual defendant is personally involved, including dates, places and specific wrongful acts or
omissions by each defendant. Each factual allegation should be provided in separately lettered
paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or
statutes.


A. On 7-16-18 Daniel Casey and Jeffery Austbeing used
Extreme excessive force against me for logical reason
other than their own malicious satisfaction. I was compliant
, but still they brutally beat me while I was in handcuffs,
shackles and strapped inside of a restraint chair for over
45 minutes. Its all on video footage and Both officers got
fired and charged in the court of law for what they did
to me.

But I was also given E.I (extended incarceration)
Because the Guards wrote false disciplinary reports on
me saying I assaulted one or both of them. they only
made those lies to try to Justify what they did to me
But when the facility's special investigator went to
look at the video footage he saw that the Guards lied
and that I didn't do what they accused me of and that
is what led them to getting fired and Crimin-
ally prosecuted in the court of law.

B. the case numbers in which they were held
accountable for beating me are: (Casey) 82-CT-19-618.
(Fuszberg) 82-CT-19-617

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached: ☐**
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

## V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Do not make any legal arguments
or cite any cases or statutes. I want get all of extended incarceration
they gave me Back and I want $10,000,000
(Ten million Dollars)

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my
(our) information, knowledge, and belief.

Signed this          day of 5-7          , 2020

Signature(s) of Plaintiff(s)    *Charles Powell*

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.