UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Y. Powell, | Civil No. 20-cv-1142 (PJS/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Daniel Marland Casey, Jeffery Thomas Austreng, Minnesota Department of Corrections, | |
| Defendants. | |

This matter is before the Court on the Amended Report and Recommendation issued by United States Magistrate Judge Hildy Bowbeer on January 20, 2021 [Doc. No. 58]. No party has objected to the Amended Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The Amended Report and Recommendation [Doc. No. 58] is **ADOPTED**; and

2. The Minnesota Department of Corrections' Motion to Dismiss [ECF No. 15] is **GRANTED**, and all claims against it are **DISMISSED**.

Dated: 2/12/21

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court