# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## Early Settlement Conference Project

---

| | |
|---|---|
| Charles Y. Powell, | **Case No. 20-cv-1142 (PJS/HB)** |
| -vs- | **NOTICE OF LIMITED APPEARANCE** |
| Daniel M. Casey, et al. | |

---

PLEASE TAKE NOTICE that Zorislav R. Leyderman of The Law Office of Zorislav R. Leyderman appears as Special Settlement Conference Counsel for Plaintiff Charles Y. Powell in the Court's referral of the above-captioned matter to the Early Settlement Conference Project. During the course of Special Settlement Conference Counsel's limited representation, Special Settlement Counsel and Plaintiff Charles Y. Powell should be served with or copied on all correspondence, pleadings, and orders pertaining to the above-captioned matter.

THE LAW OFFICE OF ZORISLAV R. LEYDERMAN

Dated: July 12, 2021

By: s/ Zorislav R. Leyderman
ZORISLAV R. LEYDERMAN
Attorney License No. 0391286
The Law Office of Zorislav R. Leyderman
222 South 9th Street, Suite 1600
Minneapolis, MN 55402
Tel: (612) 876-6626
Email: zrl@ZRLlaw.com

Special Settlement Conference Counsel
for Plaintiff Charles Y. Powell
Pursuant to the Early Settlement
Conference Project

.