# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Charles Yovontre Powell,

        Plaintiff,

v.

Daniel Marland Casey, Jeffery Thomas Austreng, Lt. Brian Bradley, Several John and Jane Does,

        Defendants.

Jeffery Thomas Austreng,

        Third-Party Plaintiff,

v.

The State of Minnesota/Department of Corrections,

        Third-Party Defendant.

Civil No. 20-cv-1142 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation is **ADOPTED**;

    2.    Third-Party Defendant Minnesota Department of Corrections's Motion to

Dismiss Third-Party Complaint [ECF no. 113] is **GRANTED**.

3. Austreng's Third-Party Complaint [ECF No. 132] is **DISMISSED** without prejudice to refiling in state court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 15, 2021           s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge